**FILED**

12/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0464

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 20-0464

_____

JOSEPH RICHARD GOSS,

      Plaintiff and Appellant,

vs.

USAA CASUALTY INSURANCE COMPANY, and DOES A-D, Inclusive,

      Defendant and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's Unopposed Motion for Extension of Time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time up to and including January 22, 2021, within which to prepare, file, and serve Appellee's answer brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 17 2020